*Cox,* and *Joseph I. Nachman* for respondent.

No. 675. DEMPSEY, ADMINISTRATOR, *v.* GUARANTY TRUST Co. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lewis E. Pennish* for petitioner. *Messrs. James P. Dillie* and *Otis T. Bradley* for respondent.

No. 686. MILES NATIONAL FARM LOAN ASSOCIATION *v.* FEDERAL LAND BANK OF HOUSTON. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Scott Snodgrass* for petitioner. *Mr. Dan Moody* for respondent.

No. 689. TAYLOR INSTRUMENT COMPANIES *v.* FAW-LEY-BROST COMPANY. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Edward S. Rogers, William T. Woodson, Karl D. Loos,* and *Preston B. Kavanagh* for petitioner. *Mr. Albert I. Kegan* and *Mrs. Esther O. Kegan* for respondent. *Messrs. Will Freeman* and *C. B. Spangenberg* on behalf of the Brown Instrument Co., and *Messrs. Casper W. Ooms* and *E. S. Booth* on behalf of the Republic Flow Meters Co., filed briefs, as *amici curiae,* in support of the petition.

No. 693. WALLING, ADMINISTRATOR, *v.* L. WIEMANN Co. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Solicitor General Fahy* and *Mr. Douglas B. Maggs*

for petitioner. *Mr. Morris Karon* for respondent.

No. 657. WESTERN CARTRIDGE CO. *v.* NATIONAL LABOR RELATIONS BOARD. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Allan Seserman* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 660. VANCOUVER BOOK & STATIONERY CO., INC. *v.* L. C. SMITH & CORONA TYPEWRITERS, INC. ET AL. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Frank C. Hanley* for petitioner.

No. 683. CHARLES HUGHES & CO., INC. *v.* SECURITIES & EXCHANGE COMMISSION. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. David V. Cahill* for petitioner. *Solicitor General Fahy* and *Messrs. Chester T. Lane* and *Milton V. Freeman* for respondent.

No. 588. SPALEK ET AL. *v.* UNITED STATES. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. John J. Sloan* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.